IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-4008-02-CR-C-BCW |
| ) | |
| LEVI MCLEAN FRANKLIN COOLLEY ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Defendant Levi McLean Franklin Coolley, by consent, appeared before the undersigned on January 17, 2014, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636, and has entered pleas of guilty to Counts One and Two of the Third Superseding Indictment filed on May 23, 2012, and the Superseding Information filed on January 17, 2014. After cautioning and examining Defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty pleas were made with full knowledge of the charges and the consequences of pleading guilty, were voluntary, and that the offenses to which Defendant has plead guilty are supported by a factual basis for each of the essential elements of the offenses.

IT IS, THEREFORE, RECOMMENDED that the pleas of guilty be accepted and that defendant Coolley be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 14th day of January, 2014, at Jefferson City, Missouri.

*Matt J. Whitworth*

MATT J. WHITWORTH
United States Magistrate Judge