IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-4008-02-CR-C-BCW |
| ) | |
| LEVI MCLEAN FRANKLIN COOLEY, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, pleas of guilty to Counts One and Two of the Third Superseding Indictment filed on May 23, 2012, and the Superseding Information filed on January 17, 2014 is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

    s/ BRIAN C. WIMES
    JUDGE BRIAN C. WIMES
    UNITED STATES DISTRICT COURT

Dated: February 6, 2014